FILED

MAR 14 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILMORE, ET AL, | No. C 66-45878 SI |
| Plaintiff, | **ORDER** |
| v. | |
| PEOPLE OF CALIFORNIA, | |
| Defendant. | |

IT IS ORDERED that this case shall be referred to the Court's electronic filing program pursuant to General Order 45.

Dated: 3/13/06

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gilmore,

        Plaintiff(s),

                                  No. C-66-45878 SI

v.

State of California,

        Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter, Esq.
Zachary Katznelson, Esq.
Prison Law Office
General Delivery
San Quentin, CA 94964

Thomas Patterson
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Willie Wisely
D-74088
SATF D4/233-L
P.O. Box 5242
Corcoran, CA 93212-5242

                                                        Richard W. Wieking, Clerk

                                                        By: _____
                                                                  Tracy Sutton
                                                                  Deputy Clerk