IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. GILMORE, et al., | No. C 66-45878 SI |
| Plaintiffs, | **ORDER FOR SERVICE OF PROCESS** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Charles T. Davis, an inmate at the California High Desert State Prison in Susanville, filed a pro se motion for an order to show cause for civil and criminal contempt, alleging that the defendants in this case are in violation of the 1972 Order Directing Adoption of Regulation to Implement Previous Order Granting Relief. Mr. Davis's motion has not been served on any of the parties to this case. In order to expedite the resolution of this matter, the Court directs the clerk to serve counsel for plaintiffs and counsel for defendants. The Court further invites either party to comment on the issues presented in the motion. The parties should file their responses on or before April 13, 2007.

**IT IS SO ORDERED.**

Dated: March 15, 2007

SUSAN ILLSTON
United States District Judge