CHAMBERS COPY

RECEIVED
APR 13 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT O. GILMORE, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | CV 66-45878 SI<br><br>[~~PROPOSED~~] ORDER DENYING DAVIS'S MOTION FOR AN ORDER TO SHOW CAUSE FOR CIVIL AND CRIMINAL CONTEMPT |

Counsel for both Plaintiffs and Defendants provided responses to the Court concerning inmate Charles T. Davis's motion for an order to show cause for criminal and civil contempt.

This Court, having considered the motion and responses of counsel, the supporting declarations and exhibits, the Court's files, and for good cause appearing, hereby deny Davis's motion.

Additionally, the Court orders that all future *Gilmore*-related grievances and motions put forth by pro se inmates will be resolved informally between counsel without Court intervention, unless Court intervention becomes necessary through an unresolvable conflict.

IT IS SO ORDERED.

Dated: _____



Honorable Judge Susan Illston

[Proposed] Order Denying Davis's Mot.                        *Gilmore v. State of California*
                                                            CV 66-45878 SI