IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. GILMORE, et al., | No. C 66-45878 SI |
| Plaintiffs, | **ORDER ACKNOWLEDGING RECEIPT OF NOTICE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court has received a "Notice of motion/affidavit requesting court to issue order of contempt and reasonable attorney fees; to 'take judicial' notice of lodging of documents in support" filed by purported class member Larry B. Moore. The notice appears to be directed to the Court of Appeals for the Ninth Circuit and does not appear to request any action by this Court. If any action is requested, the Court asks that plaintiff consult with class counsel Donald Specter to determine the appropriate course of action.

**IT IS SO ORDERED.**

Dated: March 14, 2008

SUSAN ILLSTON
United States District Judge