IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GILMORE, et al.,                     No. C 66-45878 SI

        Plaintiffs,                           **ORDER RE: MOTION FOR CONTEMPT FINDING**

  v.

STATE OF CALIFORNIA,

        Defendant.
                                    /

Prisoner Robert Tunstall has filed a "Motion for Alleged Contempt for Refusal to Obey Conditions of Negotiated Settlement" [Docket No. 230]. Tunstall complains that he has been denied maximum access to the prison law library and asks this Court to order defendant to allow him to access the law library at least eight hours per week. The Court previously directed all *Gilmore*-related grievances and motions put forth by pro se inmates be resolved informally between class counsel and defense counsel, without Court intervention, unless counsel reach an unresolvable conflict. The Court therefore asks that plaintiff consult with class counsel Donald Specter to determine the appropriate course of action.

**IT IS SO ORDERED.**

Dated: August 1, 2008

SUSAN ILLSTON
United States District Judge