IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GILMORE, et al., | No. C 66-45878 SI |
| Plaintiffs, | **ORDER RE: MOTION FOR CONTEMPT FINDING** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Prisoner Robert Tunstall has filed a "Motion for Contempt for Refusal to Obey Conditions of Negotiated Settlement and Court Order" [Docket No. 232]. Tunstall complains that he has been denied access to the prison law library on continuous Tuesdays and Wednesdays. This is the second motion Tunstall has filed regarding his access to the prison law library. On July 16, 2008, Tunstall filed a motion seeking access to the library on Tuesdays and Wednesdays for a minimum of eight hours each week [Docket No. 230]. On August 1, 2008, the Court issued an order informing Tunstall that it had previously directed all *Gilmore*-related grievances and motions put forth by pro se inmates to be resolved informally between class counsel and defense counsel, without Court intervention, unless counsel reach an unresolvable conflict. The Court therefore instructed plaintiff to consult with class counsel Donald Specter in order to determine the appropriate course of action. It appears that class counsel directed plaintiff to file a "602" form, but that this has failed to resolve the matter. Accordingly, the Court again directs Tunstall to consult with Donald Specter at the Prison Law Office, 1917 Fifth Street, Berkeley, California, 94710 to determine the appropriate next step.

**IT IS SO ORDERED.**

Dated: July 1, 2009

SUSAN ILLSTON
United States District Judge