IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT O. GILMORE, JR., et al.,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. CV 66-45878 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF SUPPORTING DEFENDANTS' TERMINATION MOTION** |

1

[Proposed] Order Granting Defs.' Mot. Admin. Relief Extend Page Limit Defs.' Reply Br. Supp. Mot. Term. Inj.
(CV 66-45878 SI)

Defendants filed a motion for administrative relief requesting leave to file a reply brief in support of their motion to terminate injunctive relief that is up to 20 pages long.  The Court has read and considered Defendants' motion and good cause appearing,

IT IS HEREBY ORDERED that Defendants' motion to file a reply brief that is up to 20 pages long is GRANTED.

It is so ordered.

Dated: _____

_____
The Honorable Susan Illston
U.S. District Court Judge