IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT O. GILMORE, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. CV 66-45878 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF SUPPORTING DEFENDANTS' TERMINATION MOTION** |

[Proposed] Order Granting Defs.' Mot. Admin. Relief Extend Page Limit Defs.' Reply Br. Supp. Mot. Term. Inj.
(CV 66-45878 SI)

1    Defendants filed a motion for administrative relief requesting leave to file a reply brief in

2    support of their motion to terminate injunctive relief that is up to 20 pages long.  The Court has

3    read and considered Defendants' motion and good cause appearing,

4        IT IS HEREBY ORDERED that Defendants' motion to file a reply brief that is up to 20

5    pages long is GRANTED.

6

7        It is so ordered.

8

     Dated:   _____        _____
9                                            The Honorable Susan Illston
                                             U.S. District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Mot. Admin. Relief Extend Page Limit Defs.' Reply Br. Supp. Mot. Term. Inj.
(CV 66-45878 SI)