IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT O. GILMORE, et al.,                    No. C 66-45878 SI

        Plaintiffs,                    **ORDER DIRECTING PARTIES TO SUBMIT JOINT PROPOSED ORDER**

  v.

STATE OF CALIFORNIA,

        Defendants.
_____/

       In October 2009, defendants filed a motion to terminate the 1972 Injunction requiring a printed "*Gilmore* Collection" to be maintained in prison libraries throughout the State of California. Defendants' motion has been extensively briefed by the parties and has resulted in significant discovery. As a result of that discovery, plaintiffs today withdrew their opposition to the motion to terminate the injunction. In light of plaintiffs' withdrawal of their opposition, the parties are hereby ordered to submit in writing, **no later than 12:00 p.m. on Thursday, April 15, 2010**, a joint proposed form of order for the Court's consideration. The hearing presently scheduled for April 16, 2010 will remain on calendar.

     **IT IS SO ORDERED.**

Dated: April 12, 2010

                                 SUSAN ILLSTON
                                 United States District Judge

**United States District Court**
For the Northern District of California