PRISON LAW OFFICE
DONALD SPECTER – 83925
ALISON HARDY – 135966
MEGAN HAGLER – 230628
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704
dspecter@prisonlaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. GILMORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C 66-45878 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING MOTION FOR ATTORNEY'S FEES**<br><br>**Local Rules 6-1(b), 6-2** |

*Gilmore v. California*, No. 66-45878 SI,  Stipulated Request

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE
2  AND AGREE AS FOLLOWS:
3  1. On April 20, 2010, this Court issued its order granting defendants' motion
4  to terminate the injunction and ending this Court's jurisdiction in this matter.
5  2. Under Local Rule 54-5(a), plaintiffs are required to move for an award of
6  attorney's fees within 14 days of entry of judgment by the District Court, unless
7  otherwise ordered by the Court after a stipulation or motion to enlarge time.
8  3. Local Rule 54-5(b) requires the plaintiffs to make a good faith effort to
9  meet and confer with defendants in an effort to resolve any fee disputes before filing a
10 motion for attorney fees.
11
12 4. The parties initiated the meet and confer process on April 21, 2010.
13 Declaration of Alison Hardy in Support of Stipulated Request, ¶¶ 3-5.  The parties agree
14 that some fee disputes may be resolved, and that additional time is necessary for the
15 parties to adequately prepare the billing records for the lengthy litigation and to
16 competently meet and confer regarding plaintiffs' fee request.
17 5. As this Court has granted defendants' motion to terminate, enlarging time
18 to permit the parties to negotiate a possible fee agreement will have no effect on the case
19 itself.
20 6. The parties jointly seek to extend the date for filing plaintiffs' motion for
21 attorney's fees so that the parties may meet and confer to narrow the scope of, or possibly
22 avoid entirely, plaintiff's motion.   Accordingly, the parties jointly request that the time
23 for filing plaintiff's motion be enlarged by 90 days, making it due on July 19, 2010.
24 //
25 //
26
27
28

*Gilmore v. California*, No. 66-45878 SI,            Stipulated Request

1 **IT IS SO STIPULATED.**

2 Dated: April 23, 2010                    By:___/s/ Alison Hardy_____
3                                          ALISON HARDY
4                                          Prison Law Office
                                           Attorney for Plaintiffs
5

6 Dated:  April 23, 2010                   By. _/s/ Damon McClain_____
                                           Damon McClain
7                                          Deputy Attorney General
8                                          Attorney for Defendants

9 **IT IS SO ORDERED.**
10
11 DATED:_____              _____
                                           Hon. SUSAN ILLSTON
12                                         United States District Court
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Gilmore v. California*, No. 66-45878 SI,        Stipulated Request