1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  ALISON HARDY – 135966
   MEGAN HAGLER – 230628
3    1917 Fifth Street
     Berkeley, California 94710-1916
4    Telephone:  (510) 280-2621
5    Facsimile:   (510) 280-2704
     dspecter@prisonlaw.com
6    ahardy@prisonlaw.com
   Attorneys for Plaintiffs
7
   EDMUND G. BROWN, JR.
8  Attorney General of California
   DAMON McCLAIN – 209508
9  Deputy Attorney General
   KEN ROOST – 231444
10 Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
11   San Francisco, CA 94102-7004
     Telephone: (415) 703-5750
12   Facsimile: (415) 703-5843
13   damon.mcclain@doj.ca.gov
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. GILMORE, et al., | No. C 66-45878 SI |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

*Gilmore v. California*, No. 66-45878 SI,
Stip.and Proposed Order re Pmt. Attorneys' Fees and Costs

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The parties, through their counsel, have met and conferred regarding Plaintiffs' demand for payment of attorneys' fees and costs for the period of August 7, 1997 through April 20, 2010.

2.  The parties now agree that $149,669 is the total attorneys' fees and costs payable to Plaintiffs' counsel for the period of August 7, 1997, through April 20, 2010, and that Plaintiffs have no other outstanding fees or costs associated with this action for which Defendants are liable.

3.  Defendants agree to pay $149,669 to Plaintiffs' counsel as full and final payment of all attorneys' fees and costs associated with this action. Defendants further agree to pay that amount no later than 90 days after the date the Governor signs the State of California's budget for fiscal year 2010-2011. Defendants further agree that interest will begin to accrue on any unpaid amount on the 46th day after the entry of this stipulated order at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the order).

**IT IS SO STIPULATED.**

Dated: June 29, 2010        By:  /s/ Alison Hardy
                            ALISON HARDY
                            Prison Law Office
                            Attorney for Plaintiffs


Dated: June 29, 2010        By.  /s/ Damon McClain
                            Damon McClain
                            Deputy Attorney General
                            Attorney for Defendants

I, Alison Hardy, attest that Damon McClain signed this document on June 29, 2010.

*Gilmore v. California*, No. 66-45878 SI,
Stip.and Proposed Order re Pmt. Attorneys' Fees and Costs

1 **IT IS SO ORDERED.**

2  DATED:_____

3  _____
   Hon. SUSAN ILLSTON
4  United States District Court

*Gilmore v. California*, No. 66-45878 SI,
Stip.and Proposed Order re Pmt. Attorneys' Fees and Costs