IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT O. GILMORE, et al.,

    Plaintiffs,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant.
                                       /

No. C 66-45878 SI

**ORDER RE: MOTION FOR INJUNCTIVE RELIEF OF CONTEMPT**

Prisoner Robert Tunstall has filed a "Motion for Injunctive Relief for Contempt." (Docket No. 326). Tunstall complains that he has been denied sufficient access to the prison law library, in particular the law computer. Tunstall states that he is vision impaired and cannot read small print, and while the law library lacks large print books, the law computer can display large print. Tunstall seeks a temporary injunction requiring the warden of California Medical Facility, where he is incarcerated, to provide him with law library and law computer access.

Tunstall previously filed two motions in this case regarding his law library access, one in 2008 and another in 2009. The Court previously directed him to consult with plaintiffs' counsel at the Prison Law Office regarding his grievances. However, after Tunstall's previous letters, the *Gilmore* action has been settled by the parties and is now closed. Therefore, the Court cannot continue to accept motions in this case.

The Court advises Tunstall to again contact the Prison Law Office, 1917 Fifth Street, Berkeley, California, 94710 if he wishes to pursue an independent legal action.

**IT IS SO ORDERED.**

Dated: September 7, 2010

SUSAN ILLSTON
United States District Judge