IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. GILMORE, et al., | No. C 66-45878 SI |
| Plaintiffs, | |
| v. | **ORDER RE MOTION TO INTERVENE** |
| PEOPLE OF THE STATE OF CALIFORNIA, | **(EDWARDS)** |
| Defendant. | |

Prisoner Steven Edwards has filed a "Letter Motion to Intervene" in *Gilmore v. California*. (Docket No. 327). Edwards in an inmate at the California Institute for Men, West Facility, in Chino, California, and he complains that he has been denied sufficient access to the prison law library there.

The *Gilmore* action has been settled by the parties and was closed in April, 2010. Therefore, the Court cannot continue to accept motions in this case and the motion to intervene is DENIED.

The Court advises Edwards to contact the Prison Law Office, 1917 Fifth Street, Berkeley, California, 94710 if he wishes to pursue an independent legal action.

**IT IS SO ORDERED.**

Dated: April 19, 2011

SUSAN ILLSTON
United States District Judge