IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GILMORE, et al.,                    No. C 66-45878 SI

      Plaintiffs,                        **ORDER RE: MOTION FOR CONTEMPT**

  v.

STATE OF CALIFORNIA,

      Defendant.
                                           /

      Prisoner Darryl E. Brown has filed a "Motion for findings of Contempt and/or Supplementary Order" [Docket No. 330]. Brown complains that his access to the prison law library has been obstructed. In April 2010 the injunction in this action was terminated and the case has been closed. Therefore, the Court cannot continue to accept motions in this case.

      The Court advises Brown to again contact the Prison Law Office, 1917 Fifth Street, Berkeley, California, 94710 if he wishes to pursue an independent legal action.

      This Order resolves Docket No. 330.

      **IT IS SO ORDERED.**

Dated: November 19, 2012

                                                                       SUSAN ILLSTON
                                                                       United States District Judge